**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Ryan Porter
                                Plaintiff,

v.                                                      Case No.: 1:15−cv−11459
                                                        Honorable Manish S. Shah

NBTY, Inc., et al.
                                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 7, 2016:

        MINUTE entry before the Honorable Manish S. Shah: A status hearing is set for
2/23/16 at 9:30 a.m. No later than three business days before the status hearing, the parties
shall file a joint initial status report. A template for the Initial Status Report, setting forth
the information required, may be found at
http://www.ilnd.uscourts.gov/home/JudgeInfo.aspx by clicking on Judge Shah's name and
then again on the link entitled 'Initial Status Conferences.' Notices mailed by Judicial
Staff.(psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.