# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.  ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____  February 4, 2016

(By) DEPUTY CLERK  DATE

# AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 15-cv-11459

RYAN PORTER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED V. NBTY, INC., UNITED STATES NUTRITION, INC., HEALTHWATCHERS (DE), INC., AND MET-RX NUTRITION, INC.

__KEVIN S. DUNN__, being first duly sworn on oath deposes and states that he/she is over the age of 18 and not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons & Complaint** to **NBTY, Inc. c/o Corporation Service Company** located at **2711 Centerville Rd., Suite 400, Wilmington, DE 19808** resulting in:

**XXX** Authorized service to an individual of the company willing and able to accept on behalf of the subject/respondent/witness on the __5th__ day of __FEBRUARY__, 2016 at __12:30__ P.M.
Name: __LYNANNE GARES__  Title: __MANAGING AGENT__

_____ Non-Service for the following reasons with the *DATE* and *TIME* of each attempt listed:

A description of the person with whom the documents were left is as follows:

| | | | |
|---|---|---|---|
| Sex: | FEMALE | Hair Color/Style: | BROWN |
| Race: | WHITE | Height (approx.): | 5'5 |
| Age (approx.) | 45 | Weight (approx.): | 180 |

Notable Features/Notes: _____

Signed and Sworn to before me

This __5__ day of __FEBRUARY__, 2016.    Served By: __KEVIN S. DUNN__

Notary Public    PROCESS SERVER

MELISSA HARMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 12/16/2019

Title

16-00635

Service was completed by an independent contractor retained by It's Your Serve, Inc.