# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Ryan Porter v. NBTY, Inc., et al.   Case Number: 15-cv-11459

An appearance is hereby filed by the undersigned as attorney for:

NBTY, Inc., United States Nutrition, Inc., Healthwatchers (DE), Inc. and Met-Rx Nutrition, Inc.

Attorney name (type or print): Robert M. Andalman

Firm: A&G Law LLC

Street address: 542 South Dearborn Street, 10th Floor

City/State/Zip: Chicago, IL 60605

Bar ID Number: 6209454   Telephone Number: 312-341-3900
(See item 3 in instructions)

Email Address: randalman@aandglaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☑ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 12, 2016

Attorney signature:  S/ Robert M. Andalman
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015