IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RYAN PORTER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 15-cv-11459 |
| v. | ) ) ) | Judge Manish S. Shah<br>Magistrate Judge Young B. Kim |
| NBTY, INC., UNITED STATES NUTRITION, INC., HEALTHWATCHERS (DE), INC., and MET-RX NUTRITION, INC., | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION FOR ADDITIONAL TIME
WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD AND MOTION TO STRIKE
INITIAL STATUS CONFERENCE**

NBTY, Inc., United States Nutrition, Inc., Healthwatchers (D), Inc. and Met-Rx Nutrition, Inc. (collectively "Defendants"), by their undersigned attorneys, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby move for an additional 30 days, to until March 28, 2016, to answer or otherwise plead in response to the class action complaint. Defendants further move for the initial status date in the case to be stricken and continued to a date after the Court will have had the opportunity to review Defendants' responsive pleading. Plaintiff's counsel has reviewed and agrees with the relief requested in this motion. In further support, Defendants state as follows:

1. The putative class action complaint in this case was filed on December 18, 2015. It is lengthy, includes technical exhibits and Plaintiff contends that it states claims for a national class action in four separate counts.

2. Defendants were served with the complaint and summons on February 5, 2016. Their responsive pleading is currently due February 26, 2016.

3. On January 7, 2016, in the ordinary course, the Court scheduled an initial status conference for February 23, 2016.

4. Subsequent to the February 5, 2016 service of the complaint, Defendants retained counsel. This motion is brought so that Defendants and their counsel can fully investigate and formulate their responsive pleading to Plaintiff's complaint. Defendants further seek to have the initial status conference date stricken, to be reset after the Court has had the opportunity to review Defendants' responsive pleading.

5. Providing Defendants sufficient time to formulate their responsive pleading to the complaint in this case is good cause for the relief requested and this motion is not filed for the purposes of delay.

6. Counsel for Plaintiff has reviewed this motion and consents to the relief requested.

**WHEREFORE**, Defendants move for an order:

a. Granting Defendants to March 28, 2016 to answer or otherwise plead; and

b. Providing such other and further relief as the Court may deem proper.

    Respectfully submitted,

    **NBTY, INC., UNITED STATES NUTRITION, INC., HEALTHWATCHERS (DE), INC., and MET-RX NUTRITION, INC.,**

    By:   /s/ Robert M. Andalman
           One of their attorneys

William A. Delgado (to be admitted *pro hac vice*)
Willenken Wilson Loh & Delgado LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90017
213-955-9022

Robert M. Andalman (Atty. No. 6209454)
Rachael Blackburn (Atty. No. 6277142)
A&G Law LLC
542 South Dearborn Street, 10th Floor
Chicago, IL 60605
312-341-3900

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

    I, Robert M. Andalman, hereby certify that on February 12, 2016 I caused to be electronically filed the foregoing **DEFENDANTS AGREED MOTION FOR ADDITIONAL TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD AND MOTION TO STRIKE INITIAL STATUS CONFERENCE,** which will be served electronically on all registered parties of record.

                                                         /s/ Robert M. Andalman