**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RYAN PORTER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 15-cv-11459 |
| v. | ) ) ) | Judge Manish S. Shah Magistrate Judge Young B. Kim |
| NBTY, INC., UNITED STATES NUTRITION, INC., HEALTHWATCHERS (DE), INC., and MET-RX NUTRITION, INC., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Joseph J. Siprut                         Nick Suciu III
     Siprut PC                                Barbat, Mansour & Suciu PLLC
     17 N. State Street                       434 West Alexandrine
     Suite 1600                               Suite 101
     Chicago, IL  60602                       Detroit, MI  48201

**PLEASE TAKE NOTICE** that on Wednesday, February 17, 2016 at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Manish S. Shah, or any Judge sitting in his stead, in Room 1719 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present *Defendants' Agreed Motion For Additional Time Within Which To Answer Or Otherwise Plead And Motion To Strike Initial Status Conference*, copies of which have been served upon you.

Dated:  February 12, 2016          Respectfully submitted,

                                   **NBTY, INC., UNITED STATES NUTRITION,
                                   INC., HEALTHWATCHERS (DE), INC., and
                                   MET-RX NUTRITION, INC.,**


                                   By:    /s/ Robert M. Andalman
                                          One of their attorneys

William A. Delgado (to be admitted *pro hac vice*)
Willenken Wilson Loh & Delgado LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90017
213-955-9022

Robert M. Andalman (Atty. No. 6209454)
Rachael Blackburn (Atty. No. 6277142)
A&G Law LLC
542 South Dearborn Street, 10th Floor
Chicago, IL 60605
312-341-3900

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Robert M. Andalman, hereby certify that on February 12, 2016 I caused to be electronically filed the foregoing **NOTICE OF MOTION,** which will be served electronically on all registered parties of record.

                                                              /s/ Robert M. Andalman