UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Ryan Porter
                      Plaintiff,

v.                                         Case No.: 1:15−cv−11459
                                                        Honorable Manish S. Shah

NBTY, Inc., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 16, 2016:

      MINUTE entry before the Honorable Manish S. Shah: The motion for extension of time to answer [12] is granted. Defendants' answer is due 3/28/16. No appearance on the motion is necessary. Initial status hearing is reset to 4/8/16 at 9:30 a.m., with an initial status report due three days prior. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.