Attachment 1
**William A. Delgado (CA SBN 222666)**
Attachment to Motion for Leave to Appear Pro Hac Vice
(United States District Court – Northern District of Illinois)

I am admitted to practice before the highest courts of these states:
State Court/Date of Admission:

- **All California State Courts (12/5/2002)** - Bar Number: 222666 - Active
- **All Kentucky State Courts (2014)** – Bar Number: 96268 -Active

I am admitted to practice before these federal courts:
Federal Court/Date of Admission:

**United States District Courts of California:**

- Central District of California (12/9/2002) - Active
- Northern District of California (1/17/2007) - Active
- Southern District of California (4/18/2007) - Active
- Eastern District of California (8/28/08) - Active

**United States District Court of Iowa:**

- Northern District of Iowa (6/2/2006) - Active

**United States District Court of Colorado:**

- District of Colorado (7/31/2007) - Active

**United States District Court of Michigan:**

- Eastern District of Michigan (7/22/2009) – Active

**United States District Court of Texas:**

- Eastern District of Texas (8/28/14) – Active

**United States District Court of Nebraska:**

- District of Nebraska (11/04/15) - Active

18926.1

**United States Federal Appeals Courts:**

- Supreme Court of the United States (3/6/2006) - Active
- 9th Circuit Court of Appeals (9/22/2005) - Active
- Federal Circuit Court (6/22/2006) - Active
- 6th Circuit Court of Appeals (1/24/2011) – Active
- 11th Circuit Court of Appeals (1/31/2013)

18926.1