UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Ryan Porter
                    Plaintiff,
v.                                              Case No.: 1:15−cv−11459
                                                Honorable Manish S. Shah
NBTY, Inc., et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 23, 2016:

MINUTE entry before the Honorable Manish S. Shah: The motion for leave to appear pro hac vice [16] is granted. William A. Delgado is added as counsel of record for defendants. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.