**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Ryan Porter

       Plaintiff,

v.              Case No.: 1:15−cv−11459
                Honorable Manish S. Shah

NBTY, Inc., et al.

       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 8, 2016:

  MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Motion hearing held. The briefing schedule on defendants' motion to dismiss [19] is as follows: plaintiff's response is due 5/6/16; defendants' reply is due 5/27/16. Discovery is stayed pending a ruling on the motion [19]. Continued status hearing is set for 7/7/16 at 9:30 a.m. Notices mailed by Judicial Staff.(psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.