IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RYAN PORTER, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 15-cv-11459 |
| v. | ) ) | Hon. Manish S. Shah |
| NBTY, INC., UNITED STATES NUTRITION, INC., HEALTHWATCHERS (DE), INC., and MET-RX NUTRITION, INC., | ) ) ) ) ) | Hon. Young B. Kim |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO: See attached service list.

PLEASE TAKE NOTICE THAT on April 26, 2016 at 9:45 a.m., the undersigned shall appear before the Honorable Manish S. Shah or any judge sitting in his stead in Courtroom 1719 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and shall present the accompanying **Plaintiff's Uncontested Motion For Leave To File Amended Complaint**.

Date: April 19, 2016

By: */s/ Michael L. Silverman*

Joseph J. Siprut
*jsiprut@siprut.com*
Richard L. Miller II
*rmiller@siprut.com*
Michael L. Silverman
*msilverman@siprut.com*
SIPRUT PC
17 N. State Street
Suite 1600
Chicago, Illinois 60602
Phone: 312.236.0000
Fax: 312.878.1342

Nick Suciu III
*nicksiciu@bmslawyers.com*
**BARBAT, MANSOUR & SUCIU PLLC**
434 West Alexandrine
Suite 101
Detroit, Michigan 48201
Phone: 313.303.3472

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice Of Motion** was filed this 19th day of April 2016 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

/s/ Michael L. Silverman

4812-3665-4128, v. 1