UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Ryan Porter
                    Plaintiff,

v.                                       Case No.: 1:15−cv−11459
                                                      Honorable Manish S. Shah

NBTY, Inc., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 25, 2016:

      MINUTE entry before the Honorable Manish S. Shah: The motion for leave to file an amended complaint [25] is granted. Plaintiffs' amended complaint is due 5/3/16. Defendants' motion to dismiss is due 5/31/16; response is due 6/28/16; reply is due 7/19/16. The pending motion to dismiss [19] will be terminated as moot with the filing of an amended complaint. No appearance on the motion is necessary. Status hearing reset to 8/31/16 at 9:30 a.m. Discovery remains stayed. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.