**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RYAN PORTER and HAARIN KWON, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 15-cv-11459 |
| v. | ) ) | Hon. Manish S. Shah |
| NBTY, INC., UNITED STATES NUTRITION, INC., HEALTHWATCHERS (DE), INC., and MET-RX NUTRITION, INC., | ) ) ) ) | Hon. Young B. Kim |
| Defendants. | ) | |

**MOTION TO WITHDRAW APPEARANCE**
**OF MICHAEL L. SILVERMAN AS COUNSEL FOR PLAINTIFF RYAN PORTER**

Siprut PC and Michael L. Silverman ("Mr. Silverman"), on behalf of Mr. Silverman, one of the attorneys of record for Plaintiff Ryan Porter ("Plaintiff"), pursuant to Local Rule 83.17, hereby asks the Court for leave to withdraw. In support of this Motion, Siprut PC states:

1.     As of May 6, 2016, Mr. Silverman will no longer be associated with the law firm of Siprut PC, which has been retained to represent Plaintiff in this matter.

2.     Although Mr. Silverman will no longer be at Siprut PC, and will no longer represent Plaintiff, Plaintiff will continue to be represented by other attorneys at Siprut PC with appearances on file in this case.

3.     Plaintiff will not be prejudiced by Mr. Silverman's withdrawal.

WHEREFORE, Siprut PC and Mr. Silverman, on behalf of Mr. Silverman, respectfully requests that this Court enter an order stating that Mr. Silverman's appearance for Plaintiff is withdrawn.

Dated:  May 4, 2016

Respectfully submitted,

*/s/ Michael L. Silverman*

Joseph J. Siprut
*jsiprut@siprut.com*
Richard L. Miller
*rmiller@siprut.com*
Michael L. Silverman
*msilverman@siprut.com*
**SIPRUT PC**
17 N. State Street
Suite 1600
Chicago, Illinois 60602
Phone: 312.236.0000
Fax: 312.878.1342

***One of the Attorneys for Plaintiff***
***And the Proposed Putative Classes***

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Motion To Withdraw Appearance Of Michael L. Silverman As Counsel For Plaintiff Ryan Porter** was filed this 4th day of May 2016 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

*/s/ Michael L. Silverman*
Michael L. Silverman

4815-4256-8241, v. 1