**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RYAN PORTER & HAARIN KWON, )<br>individually and on behalf )<br>of all others similarly situated, )<br>                                  )<br>      Plaintiff, )<br>                                    )<br>      v. )<br>                                    )<br>NBTY, INC., UNITED STATES NUTRITION, )<br>INC., HEALTHWATCHERS (DE), INC., and )<br>MET-RX NUTRITION, INC., )<br>                                    )<br>      Defendants. ) | Case No. 15-cv-11459<br><br>Judge Manish S. Shah<br>Magistrate Judge Young B. Kim |

## JOINT MOTION FOR ADDITIONAL TIME TO COMPLETE EXPERT DISCOVERY

Plaintiffs Ryan Porter and Haarin Kwon ("Plaintiffs"), by their undersigned attorneys, jointly by permission of counsel for Defendants NBTY, Inc., United States Nutrition, Inc., Healthwatchers (D), Inc. and Met-Rx Nutrition, Inc. (collectively "Defendants"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby move for additional time, as set forth below, to complete expert discovery. In support, the parties state as follows:

1. On April 4, 2018, the Court entered a scheduling order (Dkt. 109) in this case that required Defendants' expert rebuttal disclosures to be disclosed by November 9, 2018.

2. On October 4, 2018, the Court entered a scheduling order (Dkt. 118) in this case that required:

- Plaintiff's expert reply reports to be disclosed by December 14, 2018; and
- All expert discovery to be completed by January 11, 2019.

3. On November 9, 2018, Defendants served expert reports of Guoyao Wu, Ph.D, Dominique M. Hanssens, Ph.D, Daniel M. Garrett, Ph.D, and Alan D. Castel, Ph.D. Plaintiffs contend that Dr. Castel's Expert Report is an affirmative expert disclosure, rather than a rebuttal

147079.1

disclosure. Defendants disagree.

4. In order to resolve their dispute without motion practice, as well as to accommodate the holiday and academic schedules of Defendants' experts for deposition, the parties hereby request the following amended schedule:

- Plaintiff's expert reply reports as to Dr. Wu, Dr. Hanssens, and Dr. Garrett to be disclosed by December 21, 2018;

- Plaintiff's expert reply report as to Dr. Castel to be disclosed by January 18, 2019.

- All expert discovery as to Plaintiff's current experts (William Campbell, Ph.D, J. Michael Dennis, Ph.D, and Mr. Colin B. Weir), Dr. Wu, Dr. Hanssens, and Dr. Garrett to be completed by January 18, 2019;

- All expert discovery as to Dr. Castel and any expert designated by Plaintiff to address Dr. Castel's opinions to be completed by March 1, 2019.

5. This motion is not brought for purposes of delay. Notably, the parties' joint scheduling proposal will not impact any of the preexisting deadlines for class certification and *Daubert* motions (Dkt. 118).

6. Counsel for Defendants has reviewed this motion and has asked that it be filed on both parties' behalf.

147079.1

2

**WHEREFORE**, the parties jointly move for an order:

a. Setting the schedule described in Paragraph 4 above; and

b. Providing such other and further relief as the Court may deem proper.

Dated: November 16, 2018                  Respectfully submitted,

                                               */s/ Philip L. Fraietta*

Philip L. Fraietta*
*pfraietta@bursor.com*
Frederick J. Klorczyk III*
*fklorczyk@bursor.com*
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, New York 10019
Phone: 212.989.9113
Fax: 212.989.9163

Nick Suciu III
*nicksuciu@bmslawyers.com*
**BARBAT, MANSOUR & SUCIU PLLC**
1644 Bracken Rd.
Bloomfield Hills, Michigan 48302
Phone: 313.303.3472

Joseph J. Siprut
*jsiprut@siprut.com*
Richard L. Miller II
*rmiller@siprut.com*
Richard S. Wilson
*rwilson@siprut.com*
**SIPRUT PC**
17 N. State Street
Suite 1600
Chicago, Illinois 60602
Phone: 312.236.0000
Fax: 312.878.1342

*Admitted Pro Hac Vice

***Attorneys for Plaintiffs
and the Proposed Putative Classes***

## CERTIFICATE OF SERVICE

I, Philip L. Fraietta, hereby certify that on November 16, 2018 I caused to be electronically filed the foregoing **JOINT MOTION FOR ADDITIONAL TIME TO COMPLETE EXPERT DISCOVERY**, which will be served electronically on all registered parties of record.

    */s/ Philip L. Fraietta*

147079.1