IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RYAN PORTER and HAARIN KWON, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 15-cv-11459 |
| v. | ) ) | Hon. Manish S. Shah |
| NBTY, INC., UNITED STATES NUTRITION, INC., HEALTHWATCHERS (DE), INC., and MET-RX NUTRITION, INC., | ) ) ) ) ) | Hon. Young B. Kim |
| Defendants. | ) | |

**OMNIBUS DECLARATION OF PHILIP L. FRAIETTA IN SUPPORT OF PLAINTIFFS' CLASS CERTIFICATION REPLY, SUMMARY JUDGMENT OPPOSITION, AFFIRMATIVE *DAUBERT* MOTION, AND *DAUBERT* OPPOSITION**

I, Philip L. Fraietta, declare as follows:

1. I am an attorney at law licensed to practice in the State of New York. I am admitted to this Court *pro hac vice*, and I am a Partner at Bursor & Fisher, P.A., counsel of record for Plaintiffs Ryan Porter and Haarin Kwon ("Plaintiffs"). I make this omnibus declaration in support of Plaintiffs' Class Certification Reply, Summary Judgment Opposition, Affirmative *Daubert* Motion, and *Daubert* Opposition. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify thereto under oath.

2. I hereby incorporate the April 5, 2019 Declaration of Philip L. Fraietta ("4/5/19 Fraietta Decl."), and the exhibits attached thereto (Dkt. 141) as if fully set forth herein.

3. Attached hereto as **Exhibit 4A** are true and correct copies of excerpts of the transcript of the deposition of Jessica Rendall, a Rule 30(b)(6) witness for Defendants. These excerpts

include the pages excerpted and attached as Exhibit 4 to the 4/5/19 Fraietta Decl.

4. Attached hereto as **Exhibit 5A** are true and correct copies of excerpts of the transcript of the deposition of Patrick Cornacchiulo. These excerpts include the pages excerpted and attached as Exhibit 5 to the 4/5/19 Fraietta Decl.

5. Attached hereto as **Exhibit 5B** is a true and correct copy of a May 2012 NBTY Website Survey, bearing Bates numbers NBTY003975-96.

6. Attached hereto as **Exhibit 6A** are true and correct copies of excerpts of the transcript of the deposition of Jennifer Lin. These excerpts include the pages excerpted and attached as Exhibit 6 to the 4/5/19 Fraietta Decl.

7. Attached hereto as **Exhibit 7A** are true and correct copies of excerpts of the transcript of the deposition of Cindy Sciortino. These excerpts include the pages excerpted and attached as Exhibit 7 to the 4/5/19 Fraietta Decl.

8. Attached hereto as **Exhibit 8A** are true and correct copies of excerpts of the transcript of the deposition of Todd Putzbach. These excerpts include the pages excerpted and attached as Exhibit 8 to the 4/5/19 Fraietta Decl.

9. Attached hereto as **Exhibit 9A** are true and correct copies of excerpts of the transcript of the deposition of Darryl Sullivan, a Rule 30(b)(6) witness for Covance, Inc. These excerpts include the pages excerpted and attached as Exhibit 9 to the 4/5/19 Fraietta Decl.

10. Attached hereto as **Exhibit 10A** are true and correct copies of excerpts of the transcript of the deposition of Guoyao Wu, Ph.D. These excerpts include the pages excerpted and attached as Exhibit 10 to the 4/5/19 Fraietta Decl.

11. Attached hereto as **Exhibit 13A** are true and correct copies of excerpts of the transcript of the deposition of Colin B. Weir. These excerpts include the pages excerpted and

attached as Exhibit 13 to the 4/5/19 Fraietta Decl.

12. Attached hereto as **Exhibit 17** are true and correct copies of excerpts of the transcript of the deposition of Dominique M. Hanssens, Ph.D.

13. Attached hereto as **Exhibit 32** are true and correct copies of excerpts of the transcript of the deposition of William Campbell, Ph.D.

14. Attached hereto as **Exhibit 33** are true and correct copies of excerpts of the transcript of the deposition of Daniel M. Garrett, Ph.D.

15. Attached hereto as **Exhibit 34** are true and correct copies of excerpts of the transcript of the deposition of Alan B. Castel, Ph.D.

16. Attached hereto as **Exhibit 35** is a true and correct copy of Mahdi Khorshidi-Hosseini, *Effect of Glutamine and Maltodextrin Acute Supplementation on Anaerobic Power*, 4 Asian J. Sports Med. 131 (2013), bearing Bates numbers PORTER_CAMPBELL_000434-39.

17. Attached hereto as **Exhibit 36** are true and correct copies of PDCAAS calculations for Formulations 1-4.

18. Attached hereto as **Exhibit 37** is a true and correct copy of a June 8, 2018 Stipulation Re: Protein Testing.

19. Attached hereto as **Exhibit 77** is a true and correct copy of an April 30, 2014 email from Cindy Sciortino to Samantha Goldstein and Stephen Scharz, with an attached presentation entitled "2015 BF Playbook V2.pptx," bearing Bates numbers NBTY012950-66.

20. Attached hereto as **Exhibit 113** are true and correct copies of excerpts of Guoyao Wu, *Principles of Animal Nutrition* (2018).

21. Attached hereto as **Exhibit 131** is a true and correct copy of Guoyao Wu, *Dietary Protein Intake and Human Health*, 2016 Food Funct. 1251 (2016), bearing Bates numbers

NBTY_WU001602-16.

22. Attached hereto as **Exhibit 140** is a true and correct copy of the "Report of the Joint FAO/WHO Expert Consultation on Protein Quality Evaluation."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 28, 2019 at New York, NY.

                                                   */s/ Philip L. Fraietta*
                                                      Philip L. Fraietta