# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RYAN PORTER and HAARIN KWON, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>NBTY, INC., UNITED STATES NUTRITION, INC., HEALTHWATCHERS (DE), INC., and MET-RX NUTRITION, INC.<br><br>      Defendants. | Case No. 15-cv-11459<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Ryan Porter and Haarin Kwon ("Plaintiffs") and Defendants NBTY, Inc., United States Nutrition, Inc., Healthwatchers (DE), Inc., and Met-RX Nutrition, Inc. ("Defendants"), by and through their respective counsel of record, hereby stipulate to the dismissal with prejudice of all claims asserted by Plaintiffs with each side to bear its own attorneys' fees, expenses, and costs.

Dated: December 30, 2019

*/s/ Philip L. Fraietta*
Philip L. Fraietta*
*pfraietta@bursor.com*
Frederick J. Klorczyk III*
*fklorczyk@bursor.com*
**Bursor & Fisher, P.A.**
888 Seventh Avenue
New York, New York 10019
Phone: 646.837.7150
Fax: 212.989.9163
*Admitted Pro Hac Vice

Dated: December 30, 2019

*/s/ William A. Delgado*
William A. Delgado*
*wdelgado@dtolaw.com*
Megan O'Neill*
*moneill@dtolaw.com*
Justin T. Goodwin*
*jgoodwin@dtolaw.com*
**DTO LAW**
555 W. 5th Street, 35th Floor
Los Angeles, California 90013
Phone: 213.335.6999
*Admitted Pro Hac Vice

168775.1

Nick Suciu III
*nicksuciu@bmslawyers.com*
**Barbat, Mansour & Suciu PLLC**
1644 Bracken Rd.
Bloomfield Hills, Michigan 48302
Phone: 313.303.3472

Joseph J. Siprut
*jsiprut@siprut.com*
**Siprut PC**
17 N. State Street
Suite 1600
Chicago, Illinois 60602
Phone: 312.236.0000
Fax: 312.878.1342

*Counsel for Plaintiffs*

Robert M. Andalman
*randalman@aandglaw.com*
Rachel Blackburn
*rblackburn@aandglaw.com*
**A&G LAW LLC**
542 S. Dearborn Street, 10th Floor
Chicago, Illinois 60605
Phone: 312.348.7629

*Counsel for Defendants*

168775.1